UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PORFORIO MORALES, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 10-10013-JLT |
| | * | |
| HAROLD W. CLARKE, | * | |
| | * | |
| Respondent. | * | |

## ORDER

January 3, 2011

TAURO, J.

    This court ACCEPTS and ADOPTS the November 23, 2010 Report and Recommendation [#12] of Magistrate Judge Sorokin. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's <u>Petition for Relief from a Conviction or Sentence by a Person in State Custody</u> [#1] is DENIED. This case is CLOSED.

IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                              United States District Judge