UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PORFORIO MORALES, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 10-10013-JLT |
| | * | |
| HAROLD W. CLARKE, | * | |
| | * | |
| Respondent. | * | |

ORDER

February 18, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, Petitioner's Request for Certificate of Appealability [#17] is DENIED.

IT IS SO ORDERED.

                                        /s/ Joseph L. Tauro
                                        United States District Judge